HENRIETTA MAHAR, Respondent, *v.* CITY OF ALBANY, Defendant, and LUIGI MEROLLE et al., Appellants.

Argued January 11, 1952; decided January 24, 1952.

*John J. Scully* and *Malcolm G. Bibby* for appellants.

*Charles J. Ranney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.